1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    PATTERSON,                              No. C 11-06138 CRB

12              Plaintiff,                     **ORDER TO SHOW CAUSE**

13        v.

14    RIOS,

15              Defendant.
      _____/

16

17         The Court dismissed Plaintiff's case with leave to amend on December 20, 2011.  Dkt.

18    9.  Plaintiff has failed to file an amended complaint.  The Court hereby ORDERS Plaintiff to

19    show cause why the case should not be dismissed for failure to prosecute pursuant to Federal

20    Rule of Civil Procedure 41(b) by **Friday, April 20, 2012**.  Any amended complaint must be

21    filed by **Friday, April 20, 2012.**  The initial case management conference scheduled for

22    Friday, April 6, 2012 is VACATED.  Failure to comply with this order will result in

23    dismissal of Plaintiff's case with prejudice.

24         **IT IS SO ORDERED.**

25

26

27    Dated: April 5, 2012              _____
                                        CHARLES  R. BREYER
28                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6138\OSC.wpd