IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIOS,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 11-06138 CRB<br><br>**ORDER TO SHOW CAUSE** |

The Court dismissed Plaintiff's case with leave to amend on December 20, 2011. Dkt. 9. Plaintiff has failed to file an amended complaint. The Court hereby ORDERS Plaintiff to show cause why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) by **Friday, April 20, 2012**. Any amended complaint must be filed by **Friday, April 20, 2012.** The initial case management conference scheduled for Friday, April 6, 2012 is VACATED. Failure to comply with this order will result in dismissal of Plaintiff's case with prejudice.

**IT IS SO ORDERED.**

Dated: April 5, 2012　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6138\OSC.wpd