IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PATTERSON,<br><br>      Plaintiff,<br><br>   v.<br><br>DIEGO RIOS,<br><br>      Defendant. | No. C 11-06138 CRB<br><br>**SECOND ORDER TO SHOW CAUSE** |

The Court dismissed Plaintiff's case with leave to amend on December 20, 2011. Dkt. 9. Plaintiff has failed to file an amended complaint. The Court ordered an Order to Show Cause on April 5, 2012 why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Dkt. 11. It has come to the Court's attention that this Order was not served on Plaintiff. Therefore, the Court ORDERS Plaintiff to now show cause why the case should be dismissed for failure to prosecute pursuant to Rule 41(b) by **Friday, July 13, 2012.** Any amended complaint must be filed by **Friday, July 13, 2012**. Failure to comply with this order will result in dismissal of Plaintiff's case with prejudice.

**IT IS SO ORDERED.**

Dated: June 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6138\Second OSC.wpd