IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PATTERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DIEGO RIOS,<br><br>    Defendant._____/ | No. C 11-06138 CRB<br><br>**ORDER DISMISSING CASE** |

The Court dismissed Plaintiff's case with leave to amend on December 20, 2011. Dkt. 9. Plaintiff has failed to file an amended complaint. The Court issued an Order to Show Cause on April 5, 2012, dkt. 11, and a Second Order to Show Cause on June 18, 2012, dkt. 12, ordering Plaintiff to show cause why the case should not be dismissed for failure to prosecute pursuant to Rule 41(b) by Friday, July 13, 2012. The Court stated that failure to comply with the Order would result in dismissal of Plaintiff's case with prejudice. Plaintiff has failed to respond to the Second Order to Show Cause or to file an amended complaint. Accordingly, Plaintiff's case is dismissed WITH PREJUDICE.

    **IT IS SO ORDERED.**

Dated: July 31, 2012

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE