1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ANDRE PATTERSON,                              No. C 11-06138 CRB

12            Plaintiff,                           **JUDGMENT**

13      v.

14   DIEGO RIOS,

15            Defendant.
                                              /
16

17      Having dismissed Plaintiff's case for failure to prosecute pursuant to Federal Rule of

18   Civil Procedure 41(b) with prejudice, the Court hereby enters judgment for Defendant and

19   against Plaintiff.

20      **IT IS SO ORDERED.**

21

22

23   Dated: July 31, 2012                         CHARLES  R. BREYER
                                                  UNITED STATES DISTRICT JUDGE
24

25

26

27

28

G:\CRBALL\2011\6138\Judgment.wpd

**United States District Court**
For the Northern District of California