IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PATTERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DIEGO RIOS,<br><br>    Defendant. | No. C 11-06138 CRB<br><br>**JUDGMENT** |

Having dismissed Plaintiff's case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) with prejudice, the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 31, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6138\Judgment.wpd